**DAVID M. MICHAEL, SBN 74031**
**LAW OFFICES OF DAVID M. MICHAEL**
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone:   (415) 946-8996
Facsimile:   (877) 538-6220
E-mail:   dmmp5@aol.com

**Attorney for Claimant**
**MATTHEW D. GRAVES**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>APPROXIMATELY $4,138.00 IN UNITED STATES CURRENCY, et.al.,<br><br>          Defendant.<br>_____/<br>MATTHEW D. GRAVES,<br><br>          Claimant.<br>_____/. | **No. CV 09 2277 MMC**<br><br>**STIPULATION AND <s>[PROPOSED]</s> ORDER FOR STAY OF PROCEEDINGS PURSUANT TO 18 U.S.C. § 981(g)**; DIRECTING PARTIES TO FILE JOINT STATUS REPORT |

   IT IS HEREBY STIPULATED by and between Plaintiff UNITED STATES OF AMERICA and Claimant MATTHEW D. GRAVES, through their respective counsel, that this matter be stayed pursuant to 18 U.S.C. § 981(g).

   2. There exists a related state felony criminal prosecution of Claimant in *People v. Graves*, Mendocino County Superior Court Case No. MCUK-CRCR-08-87560-02.  Some of the issues in that case are related to this forfeiture proceeding.  In that case, it is anticipated that the

parties will litigate a motion to suppress which will be heard by the state trial court.  The issues to be decided in that hearing may be relevant to the proceedings in this case.

      3.  If this case were to proceed, claimant's Fifth Amendment rights against self-incrimination will be burdened in the related criminal case.

      3.  The provisions of 18 U.S.C. § 981(g)(2), related to stays of civil forfeiture proceedings, provide that "[u]pon the motion of a claimant, the court shall stay the civil forfeiture proceeding with respect to that claimant if the court determines that (A) the claimant is the subject of a related criminal investigation or case; (B) the claimant has standing to assert a claim in the civil forfeiture proceeding; and (C) continuation of the forfeiture proceeding will burden the right of the claimant against self-incrimination in the related investigation or case.

      4.  Pursuant to the above representations, and the provisions of 18 U.S.C. § 981(g)(2), the parties hereby stipulate and agree to stay this civil forfeiture proceeding until the completion of the criminal proceedings in Mendocino County state court or until such earlier time as either party, or this Court, may request that the matter be heard.

      5.  The parties further stipulate and agree that they request this Court also take off calendar the presently scheduled Case Management Conference of 28 August 2009, at 10:30 a.m..

IT IS SO STIPULATED:

Dated: 31 July 2009                                                   JOSEPH P. RUSSONIELLO
                                                                      United States Attorney

                                                                      S/ARVON J. PERTEET
                                                                      ARVON J. PERTEET
                                                                      Assistant United States Attorney
                                                                      Attorney for the United States of America

STIPULATION AND [PROPOSED] ORDER FOR STAY OF
PROCEEDINGS PURSUANT TO 18 U.S.C. § 981(g)
CASE NO. CV 09 2277 MMC

2

Dated: 31 July 2009

        S/DAVID M. MICHAEL
        DAVID M. MICHAEL
        Attorney for Claimant
        MATTHEW D. GRAVES

**ORDER**

IT IS SO ORDERED on this 3rd day of August, 2009, pursuant to the foregoing stipulation, that ~~the~~ this civil forfeiture proceeding be stayed until the completion of the criminal proceedings in Mendocino County state court or until such earlier time as either party, or this Court, may request that the matter be heard.

IT IS FURTHER ORDERED that the presently scheduled Case Management Conference of 28 August 2009, at 10:30 a.m. is hereby taken off calendar. The parties shall file, no later than November 2, 2009, a joint status report advising the Court of the status of the related criminal proceedings.

Dated: August 3, 2009

        HONORABLE MAXINE M. CHESNEY
        United States District Court Judge

STIPULATION AND [PROPOSED] ORDER FOR STAY OF
PROCEEDINGS PURSUANT TO 18 U.S.C. § 981(g)
CASE NO. CV 09 2277 MMC

3