IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $4,138.00 IN UNITED STATES CURRENCY, et al.,<br><br>          Defendants.<br>_____/<br>MATTHEW D. GRAVES,<br><br>          Claimant.<br>_____/ | No. C-09-2277 MMC<br><br>**ORDER EXTENDING STAY; DIRECTIONS TO PARTIES** |

Before the Court are the Status Report filed November 2, 2009 by plaintiff United States, and the Status Report and Proposed Order filed November 4, 2009 by claimant Matthew D. Graves.[1]

Good cause appearing, plaintiff's request for a further stay is hereby GRANTED.

The parties shall file a Joint Status Report on or before February 12, 2010, and every three months thereafter until the stay is lifted.

**IT IS SO ORDERED.**

Dated: November 4, 2009

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] Pursuant to the Court's order of August 3, 2009, the parties were to file a Joint Status Report by November 2, 2009.