JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ARVON J. PERTEET (CSBN 242828)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6598
    Facsimile:  415.436.7234
    Email: arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 09 2277 MMC |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT** |
| APPROXIMATELY $4,138.00 IN UNITED STATES CURRENCY, et.al., | |
| Defendant. _____/ | |
| MATTHEW D. GRAVES, | |
| Claimant. _____/. | |

    IT IS HEREBY STIPULATED by and between Plaintiff UNITED STATES OF AMERICA and Claimant MATTHEW D. GRAVES, through their respective counsel, that this matter be continue to be stayed pursuant to 18 U.S.C. § 981(g).

    2. There exists a related state felony criminal prosecution of Claimant in *People v. Graves*, Mendocino County Superior Court Case No. MCUK-CRCR-08-87560-02.

Some of the issues in that case are related to this forfeiture proceeding. Mr. Graves' criminal trial was continued to August 2, 2010.

3. If this case were to proceed, claimant's Fifth Amendment rights against self-incrimination will be burdened in the related criminal case.

4. Pursuant to the above representations, and the provisions of 18 U.S.C. § 981(g)(2), the parties hereby stipulate and agree to a continued stay of this civil forfeiture proceeding until the completion of the criminal proceedings in Mendocino County state court or until such earlier time as either party, or this Court, may request that the matter be heard.

IT IS SO STIPULATED:

Dated: June 9, 2010

JOSEPH P. RUSSIONELLO
United States Attorney

S/ARVON J. PERTEET
ARVON J. PERTEET
Special Assistant United States Attorney
Attorney for the United States of America

Dated: June 9, 2010

S/DAVID M. MICHAEL
DAVID M. MICHAEL
Attorney for Claimant
MATTHEW D. GRAVES

Dated: June 15, 2010

IT IS SO ORDERED
Judge Maxine M. Chesney

JOINT STATUS REPORT
**CV 09 2277 MMC**

2