IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $4,138 IN UNITED STATES CURRENCY, et al.,<br><br>    Defendants. | No. C 09-2277 MMC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

By order filed July 29, 2011, the Court granted plaintiff United States of America's motion to stay the above-titled action pursuant to 18 U.S.C. § 981(g), for a period of 90 days, which stay expired on October 28, 2011. Accordingly, the parties are hereby ORDERED to appear at a Case Management Conference scheduled for January 13, 2012. The parties shall file a joint case management statement no later than January 6, 2012.

**IT IS SO ORDERED.**

Dated: November 29, 2011

MAXINE M. CHESNEY
United States District Judge