IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $4,138.00 IN UNITED STATES CURRENCY, et al.,<br><br>  Defendants.<br>_____/<br>MATTHEW D. GRAVES,<br><br>  Claimant.<br>_____/ | No. C 09-2277 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE CLAIMANT'S MOTION FOR PROTECTIVE ORDER** |

    Pursuant to Civil Local Rule 72-1, claimant Matthew D. Graves's Motion for Protective Order, filed April 6, 2012, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.[1]

**IT IS SO ORDERED**.

Dated: April 10, 2012

                                        MAXINE M. CHESNEY
                                        United States District Judge

---

[1] The May 11, 2012 hearing date before the undersigned is vacated.