DAVID M. MICHAEL, SBN 74031
EDWARD M. BURCH, SBN 255470
LAW OFFICES OF DAVID M. MICHAEL
101 California Street, Suite 2450
San Francisco, CA 94111
Telephone: (415) 946-8996
Facsimile: (877) 538-6220
E-mail: david@davidmichaellaw.com

Attorneys for Claimant
MATTHEW D. GRAVES

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

APPROXIMATELY $4,138.00 IN
UNITED STATES CURRENCY, et.al.,

    Defendant.
_____/

MATTHEW D. GRAVES,

    Claimant.
_____/

No. CV 09 2277 MMC (LB)

[~~PROPOSED~~] ORDER CONTINUING SETTLEMENT CONFERENCE TO A DATE TO BE SET AT THE HEARING ON CLAIMANT'S MOTION FOR A PROTECTIVE ORDER

    Pursuant to the Stipulation of the parties, and good cause having been shown,

IT IS HEREBY ORDERED THAT the present Settlement Conference date of 22 May 2012 at 9:30 am, is hereby vacated and that said Settlement Conference shall be reset at the hearing on Claimant's Motion for a Protective Order on 22 May 2012 at 9:00 am. set previously by Magistrate Judge Laporte. Parties to contact the courtroom deputy, Lashanda Scott at (415) 522-3140 to schedule a new date for the settlement conference.

Dated: May __1__, 2012

_____
HONORABLE LAUREL BEELER
United States Magistrate Judge

[~~Proposed~~] Order Conting Settlement Conference to a Date to be Set
At the Hearing on Claimant's Motion for a Protective Order
Case No. 09-cv-2277 MMC

1