MELINDA HAAG (CSBN 132612)
United States Attorney

MIRANDA KANE (CSBN 150630)
Chief, Criminal Division

ARVON J. PERTEET (CSBN 242828)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6598
    Facsimile: 415.436.7234
    Email: arvon.perteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Approximately $4,138.00 in United States Currency; One (1) 2005 Mercedes Benz Unimog U5001s Truck (VIN # WD6DE4CS454208791); One (1) 2007 Kubota RTV1100 Utility Vehicle (VIN # - KRTV110071012016); One (1) 2008 Toyota Tacoma (VIN # - 5TELU42N38Z50138); One (1) MQ Power Whisperwatt Ultra-silent 45KW Diesel Generator - Serial # 8201325; One (1) Kubota Three Phase Diesel Generator - Serial # H12066; and One (1) Kubota 20KW Three Phase Diesel Phase Generator - Serial # 104068, <br><br> Defendants. <br><br> MATTHEW GRAVES, <br><br> Claimant | No. CV 09 2277 MMC <br><br> **CONSENT ORDER OF SETTLEMENT** |

**CONSENT ORDER OF SETTLEMENT AND FORFEITURE**

WHEREAS, on May 22, 2009, the United States filed a complaint for forfeiture of certain personal property, United States currency, and vehicles seized (hereinafter known as "defendant assets") as a result of the investigation conducted by the federal Drug Enforcement Administration ("DEA) and other state, local and federal law enforcement agencies;

WHEREAS, notice of this action has been given by publication and the only claim submitted with respect to the defendant assets is that of MATTHEW GRAVES, filed on June 29, [27] 2009;

WHEREAS, pursuant to the settlement negotiations among the parties, MATTHEW GRAVES agrees to withdraw his claim with respect to the following defendant assets: Approximately $4,138.00 in United States Currency, One (1) 2007 Kubota RTV1100 Utility Vehicle (VIN # - KRTV110071012016), One (1) MQ Power Whisperwatt Ultra-silent 45KW Diesel Generator - Serial # 8201325 and One (1) Kubota Three Phase Diesel Generator - Serial # H12066, in any administrative or judicial forfeiture proceeding;

WHEREAS, pursuant to the settlement negotiations among the parties, the United States agrees to release to MATTHEW GRAVES, the remaining defendant assets, One (1) 2005 Mercedes Benz Unimog U500ls Truck (VIN # WD6DE4CS454208791), One (1) 2008 Toyota Tacoma (VIN # - 5TELU42N38Z50138), and and One (1) Kubota 20KW Three Phase Diesel Phase Generator - Serial # 104068.

WHEREAS, the parties agree that the United States and MATTHEW GRAVES will each bear its own attorney costs and fees related to this matter.

AND WHEREAS, it appearing to the court from the endorsement of the parties, that the parties have agreed to a resolution of this matter with respect to the defendant assets, and deeming it proper to do so;

//
//
//
//

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Notice of this action having been given by publication and there being only the claim filed by MATTHEW GRAVES, the default of all persons or entities other than MATTHEW GRAVES is entered.

2. Defendant asset, Approximately $4,138.00 in United States Currency is forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), free from the claims of any other party.

3. Defendant asset, One (1) 2007 Kubota RTV1100 Utility Vehicle (VIN # - KRTV110071012016) is forfeited to the United States pursuant to 21 U.S.C. § 881(a)(4), free from the claims of any other party.

4. Defendant assets, One (1) MQ Power Whisperwatt Ultra-silent 45KW Diesel Generator - Serial # 8201325 and One (1) Kubota Three Phase Diesel Generator - Serial # H12066 are forfeited to the United States pursuant to 21 U.S.C. § 881(a)(2), free from the claims of any other party.

5. Defendant assets, One (1) 2005 Mercedes Benz Unimog U5001s Truck (VIN # WD6DE4CS454208791), One (1) 2008 Toyota Tacoma (VIN # - 5TELU42N38Z50138), and One (1) Kubota 20KW Three Phase Diesel Phase Generator - Serial # 104068, shall be returned by the United States to MATTHEW GRAVES.

6. The United States shall dispose of the forfeited defendant assets listed in paragraph four (4) in accordance with the law.

7. MATTHEW GRAVES releases the United States of America and all of its respective agencies, officers, agents, and employees from any claims or actions, including that for attorney fees or cost or interest, concerning the seizure and custody of the defendant assets.

8. The United States releases MATTHEW GRAVES from any claims or actions, including that for attorney fees or costs or interest, concerning the seizure and custody of the defendant currency.

9. The parties agree that this Consent Order of Settlement is the result of a compromise, and shall not, by any person, at any time or for any purpose be considered an admission of liability or responsibility, or of the truth of any allegation of any party, at any time, for any

purpose, in any form or in any amount.

10. The parties to this action shall execute any documents necessary or proper to effectuate the terms of this Order and upon entry of this Order the case shall be dismissed with prejudice.

November 16, 2012
Date

DISTRICT COURT JUDGE, MAXINE M. CHESNEY

WE ASK FOR THIS:

ARVON J. PERTEET
Assistant United States Attorney

DAVID MICHAEL
Counsel for Claimant, MATTHEW GRAVES

Consent Order of Settlement and Forfeiture
No. CV 09-2277 MMC                4